IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TUNG MA                                             :
                                                    :
           v.                                       :      CIVIL ACTION NO.  02-4380
                                                    :
KENNETH D. KYLER, ET AL.                            :
                                                    :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this         day of         ,         , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable DIANE M. WELSH, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
PETRESE B. TUCKER, J.

civrr