IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TUNG MA                                    :        CIVIL ACTION

                                           :

        v.                                 :

                                           :

KENNETH D. KYLER, <u>et al.</u>            :        NO. 02-4380


<u>O R D E R</u>


        AND NOW, this        day of September, 2002, upon consideration of the

respondent's motion for enlargement of time to file response (Document No. 5), it is

hereby ORDERED that:

        1.      The motion is GRANTED;

        2.      The answer to the habeas petition shall be filed on or before November 1,

2002.


                                BY THE COURT:




                                _____
                                DIANE M. WELSH
                                UNITED STATES MAGISTRATE JUDGE