IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUNG MA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH D. KYLER, et al. | : | NO. 02-4380 |

O R D E R

AND NOW, this _____ day of November, 2002, upon consideration of the respondent's motion for enlargement of time to file response (Document No. 9), it is hereby ORDERED that:

1. The motion is GRANTED;

2. The answer to the habeas petition shall be filed on or before December 31, 2002.

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE