IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUNG MA | : | CIVIL ACTION |
| v. | : | |
| KENNETH D. KYLER, et al. | : | NO. 02-4380 |

O R D E R

The petitioner has filed a motion for extension of time to file objections to the District Attorney's response to the habeas petition. The motion will be granted except that the petitioner shall caption the document he files as a reply, not as objections.

Accordingly, this         day of February, 2003, it is hereby ORDERED that:

1. The petitioner's motion for extension of time (Document No. 14) is GRANTED;

2. The petitioner shall file his reply on or before February 14, 2003.

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE